# United States Bankruptcy Court

## Middle District of Alabama
### Case No. <u>05–11464</u>
### Chapter 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kevin L Hart
26594 Rodgers Loop
Andalusia, AL 36420

Amanda D Hart
26594 Rodgers Loop
Andalusia, AL 36420

Social Security No.:
xxx–xx–1202

xxx–xx–9604

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated:  11/15/05

Dwight H. Williams Jr.
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF SERVICE

```
District/off: 1127-1          User: admin          Page 1 of 1          Date Rcvd: Nov 15, 2005
Case: 05-11464               Form ID: B18          Total Served: 17
```

The following entities were served by first class mail on Nov 17, 2005.
```
db        +Kevin L Hart,   26594 Rodgers Loop,   Andalusia, AL 36421-8580
jdb       +Amanda D Hart,   26594 Rodgers Loop,   Andalusia, AL 36421-8580
aty       +Allen G. Woodard,   Woodard, Patel & Sledge,   1213 East Three Notch Street,
           Andalusia, AL 36420-3401
aty       +Britt-GH Griggs,   Parnell and Crum, P.A.,   P.O. Box 2180,   Montgomery, AL 36102-2180
tr        +Collier H. Espy, Jr.,   Espy, Metcalf & Poston,   P.O. Drawer 6504,   Dothan, AL 36302-6504
cr        +c/o Parnell & Crum Colonial Bank,   P.O. Box 2189,   Montgomery, AL 36102-2189
1160166   +AMSHER COLLECTION SERVICES INC,   1816 3RD AVE. N,   BIRMINGHAM, AL 35203-3102
1160167   +CALVARY PORTFOLIO SERVICES,   P.O. BOX 27288,   TEMPE, AZ 85285-7288
1160169   +COLONIAL BANK,   1100 E THREE NOTCH,   ANDALUSIA, AL 36420-3430
1160170   +CREDIT SOLUTIONS CORP.,   9577 CHESAPEAKE DRIVE,   SAN DIEGO, CA 92123-1304
1186526   +Colonial Bank,   P.O. Box 1108,   Montgomery, AL 36101-1108
1160171   +DIRECT MERCHANTS BANK,   P.O. BOX 4154,   CAROL STREAM, IL 60197-4154
1160172   +FIRST FRANKLIN FINANCIAL,   202 WEST BYPASS,   ANDALUSIA, AL 36420-2512
1160173   +FORD MOTOR CREDIT,   P.O. BOX 543099,   OMAHA, NE 68154-9499
1160174   +KEITH J. NADLER,   3800 COLONNAFE PARKWAY,   BIRMINGHAM, AL 35243-2304
1160175   +MEDICAL DATA SYSTEMS,   2001 9TH AVENUE SUITE 312,   VERO BEACH , FL 32960-6413
```

The following entities were served by electronic transmission on Nov 15, 2005 and receipt of the transmission
was confirmed on:
```
1160168   +EDI: CAPITALONE.COM Nov 15 2005 17:53:00    CAPITAL ONE,   11011 WEST BROAD STREET,
           GLEN ALLEN, VA 23060-5900
                                                                            TOTAL: 1
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
1160165    ALLTEL,   BUILDING 4, SECOND FLOOR,   ONE ALLIED DRIVE,   LITTLE ROCK, AK  722202-209
                                                                      TOTALS: 1, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 17, 2005**                               **Signature:** *Joseph Speetjens*